UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                                      Chapter 11, Subchapter V

SHORT PAR 4, LLC,                                           Case No. 8:26-bk-04747-CED

      Debtor.

                                           /

### NOTICE OF RESCHEDULED MEETING OF CREDITORS

NOTICE IS HEREBY given that the Section 341 Meeting of Creditors in the above-captioned Chapter 11 case originally scheduled for **July 6, 2026 at 3:00 p.m**. has been rescheduled **to July 10, 2026 at 1:30 p.m.** Meeting to be held Telephonically by the U.S. Trustee's Office using the information provided below:

**Call in number: 888-330-1716**
**Passcode: 7886851#**

/s/ *Matthew B. Hale*
Matthew B. Hale (FBN 0110600)
**STICHTER, RIEDEL, BLAIN & POSTLER, P.A.**
110 East Madison Street, Suite 200
Tampa, FL 33602
Telephone: (813) 229-0144
Email: mhale@srbp.com
Attorneys for Debtor

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a true and correct copy of the foregoing *Notice of Rescheduled Meeting of Creditors* has been furnished on this 24th day of June, 2026, by either the Court's CM/ECF system or by U.S. Mail to all creditors and parties in interest on the Court's mailing matrix.

*/s/ Matthew B. Hale*
Matthew B. Hale

2